# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BILLY RAY DIXSON,

    Petitioner,

   -vs-

WARDEN, Warren Correctional Institution,

    Respondent.

Case No. 1:08-cv-540

Chief Judge Susan J. Dlott
Magistrate Judge Michael R. Merz

## ORDER SETTING REPLY DATE

Pursuant to Rule 5(e) of the Rules Governing Habeas Corpus Cases, it is hereby ordered that Petitioner file his reply, if he wishes to do so at all, not later than November 15, 2009.

October 15, 2009.

                                        s/ **Michael R. Merz**
                                      United States Magistrate Judge